| | |
|---|---|
| Gary J. Smith (SBN 141393)<br>  gsmith@bdlaw.com<br>Jacob P. Duginski (SBN 316091)<br>  jduginski@bdlaw.com<br>BEVERIDGE & DIAMOND P.C.<br>456 Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>Telephone: (415) 262-4000<br><br>Kaitlyn D. Shannon (SBN 296735)<br>  kshannon@bdlaw.com<br>BEVERIDGE & DIAMOND, P.C<br>1900 N Street, N.W., Suite 100<br>Washington, DC 20036-1661<br>Telephone: (202) 789-6040<br>Facsimile: (202) 789-6190 | Paul S. Chan (SBN 183406)<br>  pchan@birdmarella.com<br>Ariel A. Neuman (SBN 241594)<br>  aneuman@birdmarella.com<br>Fanxi Wang (SBN 287584)<br>  fwang@birdmarella.com<br>Shoshana E. Bannett (SBN 241977)<br>  sbannett@birdmarella.com<br>Alec M. Cronin (SBN 333774)<br>  acronin@birdmarella.com<br>BIRD, MARELLA, RHOW,<br>LINCENBERG DROOKS &<br>NESSIM, LLP<br>1875 Century Park East, 23rd Floor<br>Los Angeles, California 90067<br>Telephone: (310) 201-2100<br>Facsimile: (310) 201-2110 |

Attorneys for Chiquita Canyon, LLC, Chiquita Canyon, Inc., and Waste Connections US, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRA SUAREZ. an individual, JUANA SUAREZ, an individual, SEBASTIAN SUKIASYAN, an individual, VICTORIA SUMMER, an individual, MANJULA SYAL, an individual, JUDITH TADENA, an individual, ABIGAIL TALO SIG, an individual, ALEA TALO SIG, an individual, BRYZ TALO SIG, an individual, MAURICE TALO SIG, an individual, MIKAELLA TALO SIG, an individual, ALEXANDER TAN, an individual, ANDRE TAN, an individual, GENEVIEVE TAN, an individual, KARLEE TAN, an individual, JOHN TAVOLIERI, an individual, TERESA TAVOLIERI, an individual, ELLIE TERRANOVA, an individual, JOSEPH TERRANOVA, an individual, KAITLYN TERRANOVA, an individual, MATTHEW TERRANOVA, an individual, MICHELLE TERRANOVA, | CASE NO.<br><br>**DEFENDANTS' NOTICE OF REMOVAL**<br><br>[Los Angeles Superior Court Case No. 24STCV15479]<br><br>*[Filed concurrently with Declarations of Shoshana E. Bannett and Steven J. Cassulo]*<br><br>Action Filed:  June 20, 2024 |

3971302

| | |
|---|---|
| 1 | an individual, JOHN TITUS CLEMONS, an individual, MARILLELY |
| 2 | TOCHIHUITL BUENO, an individual, BADROLMOLOUK TOFANGDAR, an |
| 3 | individual, WILLIAM TORRES, an individual, ASHTON TRACY, an |
| 4 | individual, HUNTER TRACY, an individual, OLIVE TRACY, an |
| 5 | individual, SETH TRACY, an individual, ALMA TREJO, an individual, FELIPE |
| 6 | TREJO, an individual, TIM TROTTER, an individual, JANET LEE TROTTER, an |
| 7 | individual, CERMA TRINIDAD, an individual, JOSE TRINIDAD FLETES, |
| 8 | an individual, LAURA TUREK, an individual, MADYSYN TUREK, an |
| 9 | individual, MAKAILYN TUREK, an individual, MASON TUREK, an |
| 10 | individual, ANNABELLE TURLA, an individual, ROMUALDO TURLA, an |
| 11 | individual, NATALIE TUTTLE, an individual, WANDA TUTTLE, an |
| 12 | individual, BARRETT TYRRELL, an individual, BRANDON TYRRELL, an |
| 13 | individual, KAYLA TYRRELL, an individual, MARIE JOSEPHINE UMALI, |
| 14 | an individual, JOSHUA URIEL OCHOA, an individual, STEPHEN |
| 15 | VALENZUELA, an individual, MARTHA VANEGAS, an individual, |
| 16 | KASSIDY VARGAS, an individual, ZENEN VARGAS, an individual, |
| 17 | OSCAR VASQUEZ RAMIREZ, an individual, LUIS VEGA, an individual, |
| 18 | LUCAS VENTURA, an individual, NORLAND VENTURA, an individual, |
| 19 | ODETH ARIANNA VENTURA, an individual, DAVID VERDIN, an |
| 20 | individual, GREGORY VIVIT, an individual, MARCELINA VIVIT, an |
| 21 | individual, DANIELLE VILLEGAS, an individual, JOHN VILLEGAS, an |
| 22 | individual, JULIA VILLEGAS, an individual, PAM VILLEGAS, an |
| 23 | individual, PETER VILLEGAS, an individual, NICHOLAS VINCELLI, an |
| 24 | individual, HEATHER VITALE-RASHTIAN, an individual, MORIAH |
| 25 | VORGITCH, an individual, STEVEN VORGITCH, an individual, WINONA |
| 26 | VORGITCH, an individual, BLAKE WALZ, an individual, CALEB WANG, |
| 27 | an individual, ELIANA WANG, an individual, ELIZABETH WANG, an |
| 28 | individual, TIMON WANG, an |

| | |
|---|---|
| 1 | individual, TOBIAS WANG, an individual, AARON WARNER, an |
| 2 | individual, SAMUEL WARNER, an individual, CATHERINE |
| 3 | WEBERHUSCHITT, an individual, CHARLES WELDON, an individual, |
| 4 | LISA WELDON, an individual, VIRGIL WEVER, an individual, ANABELLE |
| 5 | WEXLER, an individual, DAVID WHEATON, an individual, LILY |
| 6 | WHEATON, an individual, JOE WHEELER, an individual, ASHTON |
| 7 | WHITAKER, an individual, CHRISTIAN WHITAKER, an individual, DASH |
| 8 | WHITAKER, an individual, JULIE WHITAKER, an individual, WILLIAM |
| 9 | WHITAKER, an individual, FAIDH WILSIN, an individual, BRITNEY |
| 10 | WILSON, an individual, JEANNE WILSON, an individual, PAUL |
| 11 | WILSON, an individual, GRACE WILSON CABRERA, an individual, |
| 12 | DIVYA WISHARD, an individual, AMANDA WIRT, an individual, |
| 13 | RUSSELL WOLFF, an individual, AUSTIN WOLFF, an individual, |
| 14 | MADELINE WOLFF, an individual, WAYLON WOLFF, an individual, |
| 15 | WAFE WOLFF, an individual, MIRANDA WOLFF, an individual, |
| 16 | DAVE WRIGHT, an individual, HYUNSIK YOON, an individual, |
| 17 | JOSHUA YOON, an individual, RYAN YOON, an individual, ACE YZRAEL |
| 18 | FRANCO, an individual, ANDREW ZARAKOWSKI, an individual, CORRIE |
| 19 | ZARAKOWSKI, an individual, EMILY ZARAKOWSKI, an individual, |
| 20 | BETHANIE ZAZUETA, an individual, LAINIE ZAZUETA, an individual, |
| 21 | SCOTT ZAZUETA, an individual, PAULA ZEPEDA, an individual, DENA |
| 22 | ZINGELEWICZ, an individual, PHILLIP ZINGELEWICZ, an individual, |
| 23 | KRISTOPHER LINCOLN, an individual. JOANN C. LOPEZ, an individual, |
| 24 | WILLIAM KINSLEY, an individual, SHANE KINSLEY, an individual, |
| 25 | SUSAN SARRASIN, an individual, JONA STOCKER, an individual, |
| 26 | GREGORY JONATHAN STOCKER, an individual, MICHAEL SCHEKER, an |
| 27 | individual, EVELINA GRIGORIAN, an individual, ANDREW SCHEKER, an |
| 28 | individual, BRENDA GOMEZ, an |

individual, JOSE FIGUERA, an individual, MARCELA FIGUERA, an individual, CAMILA NAVARRO, an individual, ALAN DAVID, an individual, TINA DAVID, an individual, VINCENT DAVID, an individual, GABRIELLA DAVID, an individual, DOMINICK DAVID, an individual,

        Plaintiffs,

vs.

CHIQUITA CANYON, LLC, a Delaware Limited Liability Company; CHIQUITA CANYON, INC., a Delaware Corporation; WASTE CONNECTIONS US, INC., a Delaware Corporation; and DOES 1-150, inclusive,

        Defendants.

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, PLAINTIFFS, AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that Defendants Chiquita Canyon, LLC ("Chiquita"); Chiquita Canyon, Inc.; and Waste Connections US, Inc. ("WC-US") (collectively "Defendants"), pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, hereby remove the above-captioned action from the Superior Court of the State of California, County of Los Angeles, to the United States District Court for the Central District of California, Western Division, on the following grounds:

**I.    BACKGROUND AND TIMELINESS OF REMOVAL**

    1.    On June 20, 2024, 138 individual plaintiffs ("Plaintiffs") filed a Complaint in the matter of *Alejandra Suarez, et al. vs. Chiquita Canyon, LLC, et al.* (Case No. 24STCV15479) in the Superior Court of the State of California, County of Los Angeles (the "State Court Action"). Declaration of Shoshana E. Bannett ("Bannett Decl."), **Ex. B**.

    2.    Plaintiffs' Complaint alleges that Defendants failed to properly

construct, maintain, and operate the landfill owned by Chiquita (the "Landfill"), and as a result, noxious fumes and odors entered Plaintiffs' property and injured Plaintiffs.

3.   Plaintiffs' Complaint asserts the following causes of action: Negligence, Negligence Per Se, Strict Liability for Ultrahazardous Activities, Continuing Private Nuisance, Permanent Private Nuisance, Continuing Public Nuisance, Permanent Public Nuisance, and Trespass.

4.   In the Complaint, Plaintiffs request damages for personal injury, property damage, damages to the health of their pets, diminution in property value, loss of use and enjoyment of property, lost wages, costs of future medical monitoring, and general damages among other categories of damages. Plaintiffs also seek an unspecified "immediate temporary injunction against Defendants to prevent further harm to Plaintiffs," and punitive damages. Complaint, p. 34, ¶ (g).

5.   Defendants Chiquita, Chiquita Canyon, Inc., and WC-US were served on June 28, 2024.

6.   This Notice of Removal has been timely filed within thirty days after receipt by Defendants, through service or otherwise, of the Complaint, and within one year after commencement of the action, in accordance with 28 U.S.C. § 1446.

## II.   VENUE

7.   Removal to the United States District Court for the Central District of California, Western Division, is proper under 28 U.S.C. § 1446(a) because the State Court Action was pending in Los Angeles County prior to removal, which falls within the Western Division of the Central District of California. 28 U.S.C. § 84(c)(2).

## III.   STATEMENT OF JURISDICTION

8.   The State Court Action is properly removed to this Court pursuant to 28 U.S.C. §§ 1332 and 1441 because (1) there is complete diversity of citizenship between Plaintiffs and Defendants; and (2) the amount in controversy exceeds

$75,000, exclusive of interest and costs. Accordingly, the United States District Court for the Central District of California has jurisdiction over this case pursuant to 28 U.S.C. § 1332(a)(1).

**A.    There Is Diversity Jurisdiction Because Defendants Chiquita, Chiquita Canyon, Inc., and WC-US Are Citizens of Different States Than Plaintiffs.**

9.    For purposes of determining diversity of citizenship, an individual is deemed a citizen of the state in which he is domiciled. *Kanter v. Warner-Lambert Co.*, 265 F.3d 853, 857 (9th Cir. 2001). A plaintiff's place of residency is evidence of his domicile absent affirmative allegations to the contrary. *District of Columbia v. Murphy*, 314 U.S. 441, 455 (1941) ("The place where a man lives is properly taken to be his domicile until facts adduced establish the contrary."); *Balboa Cap. Corp. v. Lake Transport LLC*, No. SACV 23-01429-CJC (ADSx), 2023 WL 8870505, at *2 (C.D. Cal. Nov. 9, 2023) (finding complete diversity because "a person's residence is prima facie evidence of domicile and citizenship").

10.    Plaintiffs are residents of California and citizens of California. *See* Complaint ¶ 19.

11.    A "corporation is a citizen only of (1) the state where its principal place of business is located, and (2) the state in which it is incorporated." *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). A corporation's principal place of business is its nerve center—*i.e.* where the officers and/or directors control and coordinate activities. *See Hertz Corp. v. Friend*, 559 U.S. 77, 80-81 (2010).

12.    Defendants Chiquita, Chiquita Canyon, Inc., and WC-US are all incorporated in Delaware, with principal places of business of The Woodlands, Texas. *See* Cassulo Decl., ¶ 3 (Chiquita); Bannett Decl. **Exs. E** (Chiquita Canyon, Inc.); **F** (WC-US).

13.    Defendants Chiquita, Chiquita Canyon, Inc., and WC-US are all

citizens of Delaware and Texas.

14. Therefore, complete diversity exists between Plaintiffs and Defendants Chiquita, Chiquita Canyon, Inc., and WC-US.

**B.     The Amount in Controversy Exceeds $75,000.**

15. While Plaintiffs have not alleged a specific amount they are seeking to recover, the matter in controversy in this action, exclusive of interest and costs, exceeds $75,000.

16. There are 138 plaintiffs. Therefore, each plaintiff needs to seek damages of only $543.48 to meet the amount in controversy. Plaintiffs are seeking to recover damages for personal injuries, property damage, damage to the health of their pets, and diminution in property value. Complaint, p. 33, ¶ (c). They are also seeking loss of use and enjoyment of their real property, past and future medical expenses, displacement expenses, and lost wages. *Id.*, p. 33-34, ¶¶ (d), (e), (f). Plaintiffs also seek to recover the cost of future medical monitoring, and general damages for emotional distress/mental anguish. *Id.*, p. 34, ¶¶ (h), (i). Plaintiffs also seek punitive damages. *Id.* ¶ (j). Given the nature of the damages they are seeking, and the request for future medical monitoring and punitive damages, it is clear that Plaintiffs are seeking more than $543.48 each, and as a result, the amount in controversy exceeds the $75,000 minimum set forth in 28 U.S.C. § 1332(a).

**IV.   NOTICE**

17. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon Plaintiff's counsel, and a copy will be filed with the Clerk of the Superior Court of California, County of Los Angeles.

**V.    PROCEDURAL REQUIREMENTS ARE SATISFIED**

18. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of the process, pleadings, and orders served upon Defendants in this action are attached to the Bannett Decl., at Exhibits **A**, **B**, and **C**.

WHEREFORE, Defendants hereby remove the above-captioned action from

the Superior Court of the State of California, County of Los Angeles, to the United States District Court for the Central District of California, Western Division.

DATED: July 29, 2024

Paul S. Chan
Ariel A. Neuman
Fanxi Wang
Shoshana E. Bannett
Alec M. Cronin
BIRD, MARELLA, RHOW, LINCENBERG, DROOKS & NESSIM, LLP

Gary J. Smith
Jacob P. Duginski
Kaitlyn D. Shannon
BEVERIDGE & DIAMOND, P.C.

By: */s/ Paul S. Chan*
Paul S. Chan
Attorneys for Defendants Chiquita Canyon, LLC, Chiquita Canyon, Inc., and Waste Connections US, Inc.