| | |
|---|---|
| Gary J. Smith (SBN 141393)<br>  gsmith@bdlaw.com<br>Jacob P. Duginski (SBN 316091)<br>  jduginski@bdlaw.com<br>BEVERIDGE & DIAMOND P.C.<br>456 Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>Telephone: (415) 262-4000<br><br>Kaitlyn D. Shannon (SBN 296735)<br>  kshannon@bdlaw.com<br>BEVERIDGE & DIAMOND, P.C<br>1900 N Street, N.W., Suite 100<br>Washington, DC 20036-1661<br>Telephone: (202) 789-6040<br>Facsimile: (202) 789-6190 | Paul S. Chan (SBN 183406)<br>  pchan@birdmarella.com<br>Ariel A. Neuman (SBN 241594)<br>  aneuman@birdmarella.com<br>Fanxi Wang (SBN 287584)<br>  fwang@birdmarella.com<br>Shoshana E. Bannett (SBN 241977)<br>  sbannett@birdmarella.com<br>Alec M. Cronin (SBN 333774)<br>  acronin@birdmarella.com<br>BIRD, MARELLA, RHOW,<br>LINCENBERG DROOKS &<br>NESSIM, LLP<br>1875 Century Park East, 23rd Floor<br>Los Angeles, California 90067<br>Telephone: (310) 201-2100<br>Facsimile: (310) 201-2110 |

Attorneys for Chiquita Canyon, LLC, Chiquita Canyon, Inc., and Waste Connections US, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEJANDRA SUAREZ. an individual, JUANA SUAREZ, an individual, SEBASTIAN SUKIASYAN, an individual, VICTORIA SUMMER, an individual, MANJULA SYAL, an individual, JUDITH TADENA, an individual, ABIGAIL TALO SIG, an individual, ALEA TALO SIG, an individual, BRYZ TALO SIG, an individual, MAURICE TALO SIG, an individual, MIKAELLA TALO SIG, an individual, ALEXANDER TAN, an individual, ANDRE TAN, an individual, GENEVIEVE TAN, an individual, KARLEE TAN, an individual, JOHN TAVOLIERI, an individual, TERESA TAVOLIERI, an individual, ELLIE TERRANOVA, an individual, JOSEPH TERRANOVA, an individual, KAITLYN TERRANOVA, an individual, MATTHEW TERRANOVA. an individual. | CASE NO.<br><br>**DECLARATION OF STEVEN J. CASSULO IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL** |

DECLARATION OF STEVEN J. CASSULO IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL

MICHELLE TERRANOVA, an individual, JOHN TITUS CLEMONS, an individual, MARILLELY TOCHIHUITL BUENO, an individual, BADROLMOLOUK TOFANGDAR, an individual, WILLIAM TORRES, an individual, ASHTON TRACY, an individual, HUNTER TRACY, an individual, OLIVE TRACY, an individual, SETH TRACY, an individual, ALMA TREJO, an individual, FELIPE TREJO, an individual, TIM TROTTER, an individual, JANET LEE TROTTER, an individual, CERMA TRINIDAD, an individual, JOSE TRINIDAD FLETES, an individual, LAURA TUREK, an individual, MADYSYN TUREK, an individual, MAKAILYN TUREK, an individual, MASON TUREK, an individual, ANNABELLE TURLA, an individual, ROMUALDO TURLA, an individual, NATALIE TUTTLE, an individual, WANDA TUTTLE, an individual, BARRETT TYRRELL, an individual, BRANDON TYRRELL, an individual, KAYLA TYRRELL, an individual, MARIE JOSEPHINE UMALI, an individual, JOSHUA URIEL OCHOA, an individual, STEPHEN VALENZUELA, an individual, MARTHA VANEGAS, an individual, KASSIDY VARGAS, an individual, ZENEN VARGAS, an individual, OSCAR VASQUEZ RAMIREZ, an individual, LUIS VEGA, an individual, LUCAS VENTURA, an individual, NORLAND VENTURA, an individual, ODETH ARIANNA VENTURA, an individual, DAVID VERDIN, an individual, GREGORY VIVIT, an individual, MARCELINA VIVIT, an individual, DANIELLE VILLEGAS, an individual, JOHN VILLEGAS, an individual, JULIA VILLEGAS, an individual, PAM VILLEGAS, an individual, PETER VILLEGAS, an individual, NICHOLAS VINCELLI, an individual, HEATHER VITALE-RASHTIAN, an individual, MORIAH VORGITCH, an individual, STEVEN VORGITCH, an individual, WINONA VORGITCH, an individual, BLAKE WALZ, an individual, CALEB WANG, an

2

DECLARATION OF STEVEN J. CASSULO IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL

| | |
|---|---|
| 1 | individual, ELIANA WANG, an individual, ELIZABETH WANG, an |
| 2 | individual, TIMON WANG, an individual, TOBIAS WANG, an |
| 3 | individual, AARON WARNER, an individual, SAMUEL WARNER, an |
| 4 | individual, CATHERINE WEBERHUSCHITT, an individual, |
| 5 | CHARLES WELDON, an individual, LISA WELDON, an individual, |
| 6 | VIRGIL WEVER, an individual, ANABELLE WEXLER, an individual, |
| 7 | DAVID WHEATON, an individual, LILY WHEATON, an individual, JOE |
| 8 | WHEELER, an individual, ASHTON WHITAKER, an individual, |
| 9 | CHRISTIAN WHITAKER, an individual, DASH WHITAKER, an |
| 10 | individual, JULIE WHITAKER, an individual, WILLIAM WHITAKER, an |
| 11 | individual, FAIDH WILSIN, an individual, BRITNEY WILSON, an |
| 12 | individual, JEANNE WILSON, an individual, PAUL WILSON, an |
| 13 | individual, GRACE WILSON CABRERA, an individual, DIVYA |
| 14 | WISHARD, an individual, AMANDA WIRT, an individual, RUSSELL |
| 15 | WOLFF, an individual, AUSTIN WOLFF, an individual, MADELINE |
| 16 | WOLFF, an individual, WAYLON WOLFF, an individual, WAFE |
| 17 | WOLFF, an individual, MIRANDA WOLFF, an individual, DAVE |
| 18 | WRIGHT, an individual, HYUNSIK YOON, an individual, JOSHUA |
| 19 | YOON, an individual, RYAN YOON, an individual, ACE YZRAEL |
| 20 | FRANCO, an individual, ANDREW ZARAKOWSKI, an individual, |
| 21 | CORRIE ZARAKOWSKI, an individual, EMILY ZARAKOWSKI, an |
| 22 | individual, BETHANIE ZAZUETA, an individual, LAINIE ZAZUETA, an |
| 23 | individual, SCOTT ZAZUETA, an individual, PAULA ZEPEDA, an |
| 24 | individual, DENA ZINGELEWICZ, an individual, PHILLIP ZINGELEWICZ, |
| 25 | an individual, KRISTOPHER LINCOLN, an individual. JOANN C. |
| 26 | LOPEZ, an individual, WILLIAM KINSLEY, an individual, SHANE |
| 27 | KINSLEY, an individual, SUSAN SARRASIN, an individual, JONA |
| 28 | STOCKER, an individual, GREGORY |

| | |
|---|---|
| JONATHAN STOCKER, an individual, MICHAEL SCHEKER, an individual, EVELINA GRIGORIAN, an individual, ANDREW SCHEKER, an individual, BRENDA GOMEZ, an individual, JOSE FIGUERA, an individual, MARCELA FIGUERA, an individual, CAMILA NAVARRO, an individual, ALAN DAVID, an individual, TINA DAVID, an individual, VINCENT DAVID, an individual, GABRIELLA DAVID, an individual, DOMINICK DAVID, an individual, | |
| Plaintiffs, | |
| vs. | |
| CHIQUITA CANYON, LLC, a Delaware Limited Liability Company; CHIQUITA CANYON, INC., a Delaware Corporation; WASTE CONNECTIONS US, INC., a Delaware Corporation; and DOES 1-150, inclusive, | |
| Defendants. | |

4

DECLARATION OF STEVEN J. CASSULO IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL

# DECLARATION OF STEVEN J. CASSULO

I, Steven J. Cassulo, declare as follows:

1. I am the District Manager of the Chiquita Canyon Landfill (the "Landfill"), which is owned and operated by Chiquita Canyon, LLC ("Chiquita"), a party in the above-entitled action. I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto. Because this declaration is made for a limited purpose, it does not purport to set forth all of my knowledge about the facts contained herein.

2. I am an employee of Chiquita. My responsibilities at Chiquita include management of day-to-day operations of the Landfill, representation of the Landfill before State and local agencies, ensuring regulatory compliance, and oversight of performance metrics.

3. Based on my work, I am personally familiar with the corporate structure of Chiquita and its related entities. Chiquita is a Delaware limited liability corporation, with a principal place of business in The Woodlands, Texas. Chiquita is wholly owned by Chiquita Canyon, Inc., a Delaware corporation with a principal place of business in The Woodlands, Texas. Chiquita Canyon, Inc. is itself wholly owned by Waste Connections US, Inc. Waste Connections US, Inc. is incorporated in Delaware with its principal place of business located in The Woodlands, Texas. Waste Connections US, Inc. is in turn, wholly owned by Waste Connections, Inc., Chiquita's ultimate parent. Waste Connections, Inc. is an Ontario, Canada corporation with a principal place of business in The Woodlands, Texas.

4. The Landfill is a 639-acre municipal solid waste landfill located in Los Angeles County that has been in operation since 1974. I am informed and on that basis believe, that from 1974 to 1987, the Landfill was owned by Chiquita Canyon Landfill Company. Operation of the Landfill was transferred to Laidlaw Waste Systems, Inc., in 1987, Allied Waste Services, Inc., in 1996, and USA Waste

DECLARATION OF STEVEN J. CASSULO IN SUPPORT OF NOTICE OF REMOVAL

Services Company in 1997. In January 1999, Republic Services acquired the Landfill from US Waste Services Company. None of these companies have any corporate relationship to Chiquita or any of its parent companies. In 2009, Chiquita Canyon, Inc. acquired the membership interests of Chiquita (f/k/a Republic Services of California I, LLC) from Republic Services.

5. Chiquita holds all the permits for the Landfill. No other entity holds the permits for the Landfill. All Notices of Violation ("NOVs") received by the Landfill from the South Coast Air Quality Management District referenced in the Complaint have been addressed solely to Chiquita or the Landfill. Attached as **Exhibit A** is a sampling of such NOVs.

6. I am not aware of any involvement by WC-California, Inc. with any Landfill management, ownership, operations or decision-making.

7. Chiquita is not financially dependent on WC-California. WC-California does not pay any expenses or losses of Chiquita.

8. Chiquita pays state and federal taxes as required and has its own federal EIN.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed April 22, 2024, at Castaic, California.

_____
Steven J. Cassulo

# EXHIBIT A

**South Coast Air Quality Management District**
21865 COPLEY DRIVE, DIAMOND BAR, CA 91765-4178

# NOTICE OF VIOLATION

P 78426

**DATE OF VIOLATION**
Month: 11  Day: 06  Year: 23

**Facility Name:** CHIQUITA CANYON LLC
**Facility ID#:** 119219
**Sector:** VB

**Location Address:** 29201 HENRY MAYO DRIVE
**City:** CASTAIC
**Zip:** 91384

**Mailing Address:** 29201 HENRY MAYO DRIVE
**City:** CASTAIC
**Zip:** 91384

YOU ARE HEREBY NOTIFIED THAT YOU HAVE BEEN CITED FOR ONE OR MORE VIOLATIONS OF THE SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT (SCAQMD) RULES, STATE LAW OR FEDERAL LAW. IF PROVEN, SUCH VIOLATION(S) MAY RESULT IN THE IMPOSITION OF CIVIL OR CRIMINAL PENALTIES.

EACH DAY A VIOLATION OCCURS MAY BE HANDLED AS A SEPARATE OFFENSE REGARDLESS OF WHETHER OR NOT ADDITIONAL NOTICES OF VIOLATION ARE ISSUED.

## DESCRIPTION OF VIOLATIONS

| # | Authority* | Code Section or Rule No. | SCAQMD Permit to Operate or CARB Registration No. | Condition No. (If Applicable) | Description of Violation |
|---|---|---|---|---|---|
| 1 | ☐ SCAQMD ☐ CH&SC ☐ CCR ☐ CFR | 402 | | | For discharging such quantities of air contaminants to cause injury, detriment, nuisance, or annoyance to a considerable number of persons |
| 2 | ☐ SCAQMD ☑ CH&SC ☐ CCR ☐ CFR | 41700 | | | " " |
| 3 | ☐ SCAQMD ☐ CH&SC ☐ CCR ☐ CFR | | | | |
| 4 | ☐ SCAQMD ☐ CH&SC ☐ CCR ☐ CFR | | | | |
| 5 | ☐ SCAQMD ☐ CH&SC ☐ CCR ☐ CFR | | | | |

**Served To:** Steve Cassulo
**Phone:** 661 371 9214
**Served By:** Arely Gil Rojas
**Date Notice Served:**

**Title:** District Manager
**Email:** steve.cassulo@wastecollections.com
**Phone No:** ☑ 909-396-2183  ☐ 310-233-
**Email:** arojas@aqmd.gov

**Method of Service:** ☑ In Person  ☐ Certified Mail

*Key to Authority Abbreviations:
**SCAQMD** – South Coast Air Quality Management District
**CCR** – California Code of Regulations
**CH&SC** – California Health and Safety Code
**CFR** – Code of Federal Regulations

VIOLATOR'S COPY

# NOTICE OF VIOLATION

**South Coast Air Quality Management District**
21865 COPLEY DRIVE, DIAMOND BAR, CA 91765-4178

P 79252

**DATE OF VIOLATION**
Month: 11  Day: 16  Year: 23

**Facility Name:** Chiquita Canyon Landfill
**Facility ID#:** 119219
**Sector:** VB

**Location Address:** 29201 Henry Mayo Dr.
**City:** Castaic
**Zip:** 91384

**Mailing Address:** 29201 Henry Mayo Dr.
**City:** Castaic
**Zip:** 91384

YOU ARE HEREBY NOTIFIED THAT YOU HAVE BEEN CITED FOR ONE OR MORE VIOLATIONS OF THE SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT (SCAQMD) RULES, STATE LAW OR FEDERAL LAW. IF PROVEN, SUCH VIOLATION(S) MAY RESULT IN THE IMPOSITION OF CIVIL OR CRIMINAL PENALTIES.

EACH DAY A VIOLATION OCCURS MAY BE HANDLED AS A SEPARATE OFFENSE REGARDLESS OF WHETHER OR NOT ADDITIONAL NOTICES OF VIOLATION ARE ISSUED.

## DESCRIPTION OF VIOLATIONS

| # | Authority* | Code Section or Rule No. | SCAQMD Permit to Operate or CARB Registration No. | Condition No. (If Applicable) | Description of Violation |
|---|---|---|---|---|---|
| 1 | ☑ SCAQMD ☐ CH&SC ☐ CCR ☐ CFR | 402 | | | For discharging such quantities of air contaminants to cause injury, detriment, nuisance or annoyance to a considerable number of persons |
| 2 | ☐ SCAQMD ☑ CH&SC ☐ CCR ☐ CFR | 41700 | | | |
| 3 | ☐ SCAQMD ☐ CH&SC ☐ CCR ☐ CFR | | | | |
| 4 | ☐ SCAQMD ☐ CH&SC ☐ CCR ☐ CFR | | | | |
| 5 | ☐ SCAQMD ☐ CH&SC ☐ CCR ☐ CFR | | | | |

**Served To:** Steve Cassulo
**Phone:** 661-371-9214
**Served By:** Heidee dela Cruz
**Date Notice Served:** 11/16/23

**Title:** District Manager
**Email:** steven.cassulo@wasteconnection.com
**Phone No:** ☑ 909-396-2176 ☐ 310-233-
**Email:** hdelacruz@aqmd.gov

*Key to Authority Abbreviations:
**SCAQMD** – South Coast Air Quality Management District
**CCR** – California Code of Regulations
**CH&SC** – California Health and Safety Code
**CFR** – Code of Federal Regulations

**Method of Service:** ☑ In Person  ☐ Certified Mail

**VIOLATOR'S COPY**

**South Coast Air Quality Management District**
21865 COPLEY DRIVE, DIAMOND BAR, CA 91765-4178

# NOTICE OF VIOLATION

P 75990

**DATE OF VIOLATION**
Month: 11  Day: 29  Year: 23

**Facility Name:** Chiquita Canyon Landfill
**Facility ID#:** 119219
**Sector:** VB

**Location Address:** 29201 Henry Mayo Dr
**City:** Castaic
**Zip:** 91384

**Mailing Address:** 29201 Henry Mayo Dr
**City:** Castaic
**Zip:** 91384

YOU ARE HEREBY NOTIFIED THAT YOU HAVE BEEN CITED FOR ONE OR MORE VIOLATIONS OF THE SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT (SCAQMD) RULES, STATE LAW OR FEDERAL LAW. IF PROVEN, SUCH VIOLATION(S) MAY RESULT IN THE IMPOSITION OF CIVIL OR CRIMINAL PENALTIES.

EACH DAY A VIOLATION OCCURS MAY BE HANDLED AS A SEPARATE OFFENSE REGARDLESS OF WHETHER OR NOT ADDITIONAL NOTICES OF VIOLATION ARE ISSUED.

## DESCRIPTION OF VIOLATIONS

| # | Authority* | Code Section or Rule No. | SCAQMD Permit to Operate or CARB Registration No. | Condition No. (If Applicable) | Description of Violation |
|---|---|---|---|---|---|
| 1 | ☒ SCAQMD ☐ CH&SC ☐ CCR ☐ CFR | Rule 402 | | | For discharging such quantities of air contaminants to cause injury, detriment, nuisance or annoyance to a considerable number of persons. |
| 2 | ☐ SCAQMD ☒ CH&SC ☐ CCR ☐ CFR | CH&SC 41700 | | | For discharging such quantities of air contaminants to cause injury, detriment, nuisance or annoyance to a considerable number of persons. |
| 3 | ☐ SCAQMD ☐ CH&SC ☐ CCR ☐ CFR | | | | |
| 4 | ☐ SCAQMD ☐ CH&SC ☐ CCR ☐ CFR | | | | |
| 5 | ☐ SCAQMD ☐ CH&SC ☐ CCR ☐ CFR | | | | |

**Served To:** Steve Cassulo
**Phone:** 616-371-9214
**Served By:** Daniel Woo
**Date Notice Served:** 11/29/23

**Title:** District Manager
**Email:** steve@wasteconnections.com
**Phone No:** ☒ 909-396-2433 ☐ 310-233-
**Email:** DWoo @ aqmd.gov

*Key to Authority Abbreviations:
SCAQMD – South Coast Air Quality Management District
CCR – California Code of Regulations
CH&SC – California Health and Safety Code
CFR – Code of Federal Regulations

**Method of Service:** ☒ In Person  ☐ Certified Mail

**VIOLATOR'S COPY**



**South Coast Air Quality Management District**
21865 COPLEY DRIVE, DIAMOND BAR, CA 91765-4178

# NOTICE OF VIOLATION

P 79408

**DATE OF VIOLATION:** 02 / 29 / 24

**Facility Name:** CHIQUITA CANYON LLC
**Facility ID#:** 119219   **Sector:** VB
**Location Address:** 29201 HENRY MAYO DRIVE
**City:** CASTAIC   **Zip:** 91384
**Mailing Address:** 29201 HENRY MAYO DRIVE
**City:** CASTAIC   **Zip:** 91384

YOU ARE HEREBY NOTIFIED THAT YOU HAVE BEEN CITED FOR ONE OR MORE VIOLATIONS OF THE SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT (SCAQMD) RULES, STATE LAW OR FEDERAL LAW. IF PROVEN, SUCH VIOLATION(S) MAY RESULT IN THE IMPOSITION OF CIVIL OR CRIMINAL PENALTIES.

EACH DAY A VIOLATION OCCURS MAY BE HANDLED AS A SEPARATE OFFENSE REGARDLESS OF WHETHER OR NOT ADDITIONAL NOTICES OF VIOLATION ARE ISSUED.

## DESCRIPTION OF VIOLATIONS

| # | Authority | Code Section or Rule No. | SCAQMD Permit to Operate or CARB Registration No. | Condition No. (If Applicable) | Description of Violation |
|---|---|---|---|---|---|
| 1 | ☒ SCAQMD ☐ CH&SC ☐ CCR ☐ CFR | 402 | | | For discharging such quantities of air contaminants to cause injury, nuisance or annoyance to a considerable number of persons |
| 2 | ☐ SCAQMD ☒ CH&SC ☐ CCR ☐ CFR | 41700 | | | |
| 3 | ☐ SCAQMD ☐ CH&SC ☐ CCR ☐ CFR | | | | |
| 4 | ☐ SCAQMD ☐ CH&SC ☐ CCR ☐ CFR | | | | |
| 5 | ☐ SCAQMD ☐ CH&SC ☐ CCR ☐ CFR | | | | |

**Served To:** STEVE CASSULO   **Phone:** 661-371-9214
**Title:** DISTRICT MANAGER   **Email:** Steven.cassulo@wasteconnections.com
**Served By:** BILLY ANDING   **Phone:** 909-396-2682 / 310-233-   **Email:** banding @aqmd.gov
**Date Notice Served:** 02/29/24
**Method of Service:** ☐ In Person  ☒ Certified Mail

*Key to Authority Abbreviations:*
SCAQMD – South Coast Air Quality Management District
CCR – California Code of Regulations
CH&SC – California Health and Safety Code
CFR – Code of Federal Regulations